IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRIDGET LEVAI**<br>**5910 Upper Court**<br>**Bowie, Maryland 20720**<br><br>                       **Plaintiff,**<br>    vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 Fifth Street, N.W.**<br>**Washington, D.C. 20001**<br><br>                       **Defendant.** | **Civil Action No.:** |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Maryland:

1. On or about April 21, 2020, Plaintiff filed this action against WMATA in the District Court of Maryland for Prince George's County, in the case titled Bridget Levai v. WMATA, Case No. 050200112972020.

2. Defendant WMATA was served in this action by email on April 23, 2021.

3. The Writ of Summons and Complaint filed by the Plaintiff are attached as Exhibit A. The Court's Notice of Trial Date is attached as Exhibit B. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4. This case is a civil action over which the Court has original jurisdiction, pursuant to MD CODE ANN, Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

1

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Prince George's County be removed to this Court.

Date: May 7, 2021

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
        TRANSIT AUTHORITY
        By counsel


        By:   */s/ Donna L. Gaffney*
              Donna L. Gaffney, #16299
              Office of the General Counsel
              600 Fifth Street, N.W.
              Washington, D.C. 20001
              202.962.2721
              202.962.2550 (fax)
              dlgaffney@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2021, a copy of the foregoing Notice of Removal was mailed, postage prepaid, to:

Edwin K. Fogam, Esq.
Law Offices of Fogam & Associates, LLC
8121 Georgia Ave., Suite 715
Silver Spring, MD 20910
*Attorney for Plaintiff*

              */s/ Donna L. Gaffney*
              Donna L. Gaffney