**DISTRICT COURT OF MARYLAND FOR** PRINCE GEORGE'S COUNTY
LOCATED AT (COURT ADDRESS)
14735 Main Street, Room 173B
Upper Marlboro, Maryland

CASE NO.: CV

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim
The particulars of this case are:

### PARTIES

**Plaintiff**
BRIDGET LEVAI
5910 Upper Court
Bowie, Maryland 20720

Plaintiff Bridget Levai, by and through her attorney, Edwin K. Fogam, hereby sues and demand judgment against the Defendant, Washington Metropolitan Transit Authority, and as grounds therefore state as follows:

PLEASE SEE ATTACHED PARTICULARS OF COMPLAINT

**VS.**

**Defendant(s):**
1. WASHINGTON METROPOLITAN AREA AUTHORITY
600 Fifth Street, NW
Washington, DC 20001

Serve by: ☒ Private Process

2. (blank) — Serve by: (none checked)

3. (blank) — Serve by: (none checked)

4. (blank) — Serve by: (none checked)

(See Continuation Sheet)

The plaintiff claims $30,000 _____, plus interest of $_____, interest at the ☒ legal rate ☐ contractual rate calculated at _____ %, from _____ to _____ (_____ days x $_____ per day) and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code    CPF ID No. 8042

Printed Name: EDWIN K. FOGAM
Address: 8121 Georgia Ave, Ste. 715, Silver Spring, MD 20910
Telephone Number: 301-608-1555
Fax: 301-608-1511
E-mail: ekfogam@fogamlaw.com

### ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
Edwin K. Fogam (#)
Law Offices of Fogam & Associates, LLC
8121 Georgia Avenue, Suite 715
Silver Spring, MD 20910
Tel: 301-608-1555 ; Email: ekfogam@fogamlaw.com

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____
☒ No defendant is in the military service. The facts supporting this statement are: _____ is/are in the military service.

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

April 18, 2020
Date

_____
Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____    _____
Date                         Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)

## NOTICE TO DEFENDANT

### Before Trial

If you agree that you owe the plaintiff the amount claimed, you may contact the plaintiff (or plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim, you** should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the court to consider. **If you do nothing**, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING, you may:

1. APPEAL to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).

   - **$5,000 or less**, you will have a new trial in the circuit court.

   On your trial date you should bring with you any evidence that you want the court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS, you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.

## NOTICE TO PLAINTIFF

### REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:

Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

### AFTER THE COURT ENTERS A JUDGMENT:

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 12/2018)

IN THE DISTRICT COURT OF MARYLAND
FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| BRIDGET LEVAI<br>5910 Upper Court<br>Bowie, Maryland 20720<br><br>Plaintiff<br><br>V.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>600 Fifth Street, NW<br>Washington, DC 20001<br><br>Defendant<br><br>Serve On:<br>ALFRED W. REDMER, JR.<br>Commissioner – Maryland<br>Insurance Administration<br>200 St. Paul Place, Suite 2700<br>Baltimore, Maryland 21202 | CIVIL CASE<br>NO_____ |

## PARTICULARS OF COMPLAINT

Bridget Levai, by and through her attorney, Edwin K. Fogam, hereby sues and demands judgment against the Defendant Washington Metropolitan Transit Authority, and as grounds therefore states as follows:

### PARTIES AND JURISDICTION

1. At all times relevant hereto, Plaintiff was a resident of the state of Maryland.

2. At all times relevant hereto, Defendant was a corporation doing business in the state of Maryland.

1

## STATEMENT OF FACTS

Plaintiff adopts and incorporates herein the allegations contained in paragraph 1 to 2 of this complaint, and further alleges that:

3. On September 26, 2017, Plaintiff boarded a bus that was under the control of the Defendant (Bus 64). The bus stopped on 11th Street, NW Washington DC. When the Plaintiff was about to get off the bus, the Driver of the bus suddenly lowered the automatic wheelchair lift.

4. Plaintiff lost her balance and fell. Her right big toe was crushed by the lift. She also injured her lumber spine, right ankle, right hip and shin.

5. Plaintiff was transported from the scene by ambulance to Washington Hospital Center.

6. As a direct and proximate result of the accident, the Plaintiff suffered both specific and general damages.

## Cause of Action against the Defendant-Tortious Negligence-Vicarious Liability

Plaintiff adopts and incorporates herein the allegations contained in paragraph 1 to 7 of this complaint, and further alleges that

7. Defendant's Driver owed the Plaintiff a duty to use reasonable care in driving the bus, stopping and watching how passengers embark and disembark.

8. Defendant's Driver was negligent in that he failed to exercise reasonable care to watch out for the Plaintiff as she disembarked

9. Defendant's Driver was negligent in that he breached his duty of care.

10. At the time the Defendant's Driver negligently caused this accident, he was employed by the Defendant and was operating the bus under the directions of the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendants for breach of contract in the sum of Thirty Thousand Dollars (30,000.00) plus the costs of this action and such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/ Edwin K. Fogam
Edwin K. Fogam
Law Offices of Fogam & Associates, LLC
The World Building
8121 Georgia Avenue, Suite 715
Silver Spring, Maryland 20910
Telephone: (301) 340-2020
Attorney for Plaintiff (#8242)

3